**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01519-CV

**BEVER PROPERTIES, LLC AND JESSE M. TAYLOR, D.D.S., P.A., Appellants**

**V.**

**JERRY HUFFMAN CUSTOM BUILDER, L.L.C., ET AL., Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-2512-04**

## ORDER

Based on the record before us, we **GRANT** appellants' November 5, 2013 motion to extend time to file notice of appeal. Appellants' joint notice of appeal, filed November 1, 2013, is considered timely for jurisdictional purposes.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE